CLERK'S OFFICE U.S. DIST. COURT
AT PO...  VA

MAR 02 2015

JULIA ... CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAMONT D. MINOR, | ) | CASE NO. 715CV00021 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| J. F. WALRATH, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's claim under 42 U.S.C. § 1983 against Defendant B. Mullins for denial of medical care is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's complaint will go forward against other defendants on claims that they failed to protect him against violence from another inmate.

ENTER: This 27th day of February, 2015.

_____
Chief United States District Judge